Willie RANDLE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

ED 104493

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: June 20, 2017

Timothy J. Forneris, 1010 Market Street, Suite 1100, St. Louis, MO 63101, For Movant/Appellant.

Karen L. Kramer, P.O. Box 899, Jefferson City, MO 65102, For Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

ORDER

PER CURIAM.

Willie Randle appeals from the Findings of Fact, Conclusions of Law, and Order of the motion court denying his Rule 24.035[1] motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's findings and conclusions are not clearly erroneous. Rule 24.035(k); Little v. State, 427 S.W.3d 846, 850 (Mo. App. E.D. 2014). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use

only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

_____
1. All rule references are to Mo. R. Crim. P. 2014, unless otherwise indicated.